# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BOBBI POMPEY and DIANNE GIL ,

              Plaintiff(s)

v.

WESTERN DENTAL SERVICES, I ,

              Defendant(s)

Case No. C 3:20-CV-02845-TSH

NOTICE OF NEED FOR MEDIATION
AND CERTIFICATION OF COUNSEL

(ADA ACCESS CASES)

The undersigned counsel certify that the joint site inspection required by General Order No. 56 occurred on  October 2, 2020                    .  The following individuals were in attendance:

Bobbi Pompey, Plaintiff; Dianne Gilford, Plaintiff; Anna Levine, TRE Legal Practice, Counsel for Plaintiffs; Nilam Singh, Associate General Counsel, Western Dental/Brident, Defendant; Sheila E. Fix, Wood, Smith, Henning & Berman LLP, Counsel for Defendant.

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on  October 2, 2020            .  The following individuals were in attendance:

See above.

The parties have not reached an agreement.  In accordance with General Order No. 56, the matter should be set for mediation.

Date: 11/13/2020

Signed: /s/ Anna R. Levine
                        Attorney for Plaintiff(s)

Signed:
                        Attorney for Defendant(s)

Signed:
                        Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 01-2020*