TIMOTHY ELDER (CA BAR NO. 277152)
**TRE LEGAL PRACTICE**
1155 Market Street, Tenth Floor
San Francisco, CA 94103
Telephone: (415) 873-9199
Facsimile: (415) 952-9898
Email: telder@trelegal.com

*Attorneys for Plaintiffs*

FILED

May 17 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBI POMPEY** and **DIANNE GILFORD**, <br><br> Plaintiffs, <br><br> v. <br><br> **WESTERN DENTAL SERVICES, INC.**, <br><br> Defendant. | Case No. 3:20-CV-02845-TSH <br><br> [PROPOSED] **ORDER TO DISMISS WITH PREJUDICE** |

The above-captioned case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 17, 2021          _/s/ T.M. Hix_
                              THOMAS S. HIXSON
                              United States Magistrate Judge